

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-15-00288-CV

Eduardo **BENAVIDES**,
Appellant

v.

Julia **BENNETT**,
Appellee

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2012-CI-16084
Honorable Larry Noll, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE ANGELINI, AND JUSTICE BARNARD

In accordance with this court's opinion of this date, this appeal is DISMISSED FOR WANT OF PROSECUTION.

Appellant is indigent; therefore, costs of appeal are assessed against the party that incurred them.

SIGNED October 14, 2015.

_____
Sandee Bryan Marion, Chief Justice